# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 6, 2020

161098

SUSAN MOORE, Guardian/Conservator for the
ESTATE OF JOSEPH DANIEL VELEZ, JR.,
      Plaintiff-Appellee,

v

RICHARD SHAFER, KAREN SHAFER,
R. SHAFER BUILDERS, REVOCABLE LIVING
TRUST AGREEMENT DATED 12/14/89, by
trustees RICHARD N. SHAFER and KAREN J.
SHAFER,
      Defendants-Appellants,

and

HENSELY MANUFACTURING, INC.,
      Defendant.
_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 161098
COA: 345101
Macomb CC: 2017-002389-NO

On order of the Court, the application for leave to appeal the January 30, 2020 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on the application. MCR 7.305(H)(1).

The appellants shall file a supplemental brief within 42 days of the date of this order addressing whether the Court of Appeals erred when it determined that genuine issues of material fact precluded dismissal of the appellee's premises liability claim. *Perkoviq v Delcor Home-Lake Shore, Ltd*, 466 Mich 11 (2002); *Hoffner v Lanctoe*, 492 Mich 450 (2012). In addition to the brief, the appellants shall electronically file an appendix conforming to MCR 7.312(D)(2). In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). The appellee shall file a supplemental brief within 21 days of being served with the appellants' brief. The appellee shall also electronically file an appendix, or in the alternative, stipulate to the use of the appendix filed by the appellants. A reply, if any, must be filed by the appellants within 14 days of being served with the appellee's brief. The parties should not submit mere restatements of their application papers.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 6, 2020



Clerk

a1103